# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| Woodbridge Group of Companies, LLC | : | Case No.: 17-12560 (JKS) |
| | : | |
| Debtor. | : | |
| | : | |
| Michael Goldberg, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of Woodbridge Group of Companies, et al., | : : : : | **MEDIATOR'S CERTIFICATE OF COMPLETION** |
| | : | |
| Plaintiff, | : | Adv. Proc. No.: 19-51067 (JKS) |
| v. | : | |
| | : | |
| Structured Strategies, LLC and Alan K. Hoffman, | : : | |
| | : | |
| Defendants. | : | |
| | : | |

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that the mediation was completed on September 8, 2021 and resolved in the following manner *(complete applicable provisions)*.

    (a)      The following individuals were present:

          (1)      Parties (name and capacity) -

                Alan Hoffman, Defendant

          (2)      Counsel (name and party representing) -

                Jeffrey P. Nolan, Counsel to Michael Goldberg

    (b)      The following parties failed to appear and/or participate as ordered:

    (c)      The outcome of the mediation conference was:

    __X__      The matter has been completely resolved and counsel (or parties) have been instructed to file an appropriate stipulation and proposed order within twenty (20) days of the conference.

_____ The matter has been partially resolved and counsel (or parties) have been instructed to file an appropriate stipulation and proposed order regarding those claims or issues which have been resolved within twenty (20) days.

_____ The following issues remain for this court to resolve:

_____ The matter has not been resolved and should proceed to trial.

_____ OTHER:  This matter has settled prior to mediation.


Dated: September 22, 2021          _/s/ Judith K. Fitzgerald_____
                                   Judith K. Fitzgerald (PA I.D. No. 18110)
                                   Tucker Arensberg, P.C.
                                   1500 One PPG Place
                                   Pittsburgh, PA  15222
                                   (412) 594-1212